United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **IGOR VORONIN,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-264** |
| | § | |
| **FRANCISCO VENEGAS**, in his | § | |
| official capacity, Warden of El Valle | § | |
| Detention Facility, *et al.*, | § | |
| Respondents. | § | |

## ORDER

On April 16, 2026, the Court ordered the Government "to file a response to Voronin's § 2241 Petition on or before **April 30, 2026.**" Dkt. No. 10 at 2 (emphasis in original). To date, the Government has not filed a response to the Court's Order.

On January 29, 2026, the Court and the United States Attorney's Office ("USAO") for the Southern District of Texas entered into a Memorandum of Understanding ("MOU") regarding electronic service in proceedings falling under 28 U.S.C. § 2241 and 28 U.S.C. § 2254. As a result of the MOU, the USAO for the Southern District of Texas agreed to be served court-issued documents through reliable electronic means, such as through court electronic filings systems, such as CM/ECF, or through designated electronic addresses.

On May 1, 2026, the Clerk of Court confirmed to the Court that the Government was not served with the Court's April 16 Order [Dkt. No. 10] under the MOU. The Court's April 16 Order was delivered to "usatx.civilnotice@usdoj.gov", which is not an email listed for the USAO for the Southern District of Texas. *See* Dkt. No. 11.

**ACCORDINGLY**, the Court finds good cause to extend all response deadlines. FED. R. CIV. P. 6(b)(1)(A). The Clerk of Court is **DIRECTED** to serve the Government pursuant to the established MOU.

The Government is **ORDERED** to file a response to Voronin's § 2241 Petition on or before **May 20, 2026**. If Voronin wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **6th** day of **May, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**